**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 13 Proceeding** |
| **DAVID & CANDACE TEMPLETON** ) | |
| ) | **Case No. 04-66307** |
| DEBTORS ) | |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND 6047BK**

    Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit $323.66 into U. S. Treasury Fund 6047BK for the following reason:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That Great Seneca Financial Corp. filed a Proof of Claim c/o Wolpoff & Abramson LLP on January 24, 2005 in the amount of $6,746.36.

3. That the Trustee sent payment and said payment in the amount of $323.66 in May of 2009 which remains uncashed.

    WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $323.66 into U.S. Treasury Fund 6047BK on behalf of creditor Great Seneca Financial Corp. c/o Wolpoff & Abramson LLP whose last known address was 702 King Farm Blvd., Rockville, MD 20850-5775.

    /s/   Paul R. Chael
    Paul R. Chael, Trustee
    Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 31, 2009 service of a true and complete copy of the above and foregoing pleading was sent electronically to the U.S. Trustee and the attorney for the Debtor and mailed by first class mail, postage prepaid, to the debtors at the following address:

    /s/   Paul R. Chael
    Paul R. Chael, Chapter 13 Trustee
    401 West 84th Drive, Suite C
    Merrillville, IN 46410
    219-650-4015

David & Candace Templeton, 7626 Walnut Avenue, Hammond, IN 46324